UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BORGWARNER INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.:  09-CV-11602 |
| v. ) | Honorable  John Corbett O'Meara |
| ) | |
| DORMAN PRODUCTS, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

# **PRELIMINARY INJUNCTION**

This matter having come before the Court on the motion of BorgWarner Inc. ("BorgWarner") for a preliminary injunction, the Court having considered the submissions and arguments of the parties and rendered an Opinion and Order dated December 11, 2009 (Doc. 45) which granted that Motion, and for good cause shown:

It is hereby ORDERED that:

1. Defendant Dorman Products, Inc. ("Dorman"), its officers, agents, servants, employees, attorneys and all other persons who are in active concert or participation with any of them, are hereby enjoined from manufacturing, using, offering to sell, selling, or importing Dorman's accused regenerative air pumps (currently identified as Model No.  306010), or any other device no more than colorably different from the accused device, which the court has determined likely infringes, induces or contributes to the infringement of U.S. Patent Nos. 5,527,149 and 6,422,808, until such time as this matter is heard on the merits.

      2.       Pursuant to Fed. R. Civ. P. 65(c), BorgWarner will post security in the amount of $750,000.

      3.       This ORDER is effective immediately upon service to Dorman.

                                            s/John Corbett O'Meara
                                            United States District Judge

Date: January 5, 2010

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, January 5, 2010, using the ECF system and/or ordinary mail.

                                            s/William Barkholz
                                            Case Manager