UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| BORGWARNER INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 09-CV-11602 |
| | ) | |
| v. | ) | Honorable John Corbett O'Meara |
| | ) | |
| DORMAN PRODUCTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL AND (PROPOSED) ORDER**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties, BorgWarner and Dorman, by and through their respective counsel, hereby stipulate to the dismissal with prejudice of this action and all counterclaims, together with the Preliminary Injunction Order and Surety Bond with each party to bear its own costs and attorney fees.

IT IS HEREBY STIPULATED BETWEEN THE PARTIES:

Dated: February 8, 2011                               Dated: _____

By: _____               By: _____
Steven W. Hays, Esquire                              Anthony S. Volpe, Esquire
Pietragallo Gordon Alfano Bosick                     Ryan W. O'Donnell, Esquire
  & Raspanti, LLP                                    Volpe and Koenig, P.C.
301 Grant Street                                     United Plaza
One Oxford Centre, 38th Floor                        30 S. 17th Street
Pittsburgh, PA 15219                                 Philadelphia, PA 19103
Telephone: 412-263-2000                              Telephone: 215-568-6400

1508177-1

Facsimile: 412-261-0915  
E-mail: swh@pietragallo.com  
swh@swhpatents.com

*Counsel for Plaintiff*  
*BorgWarner, Inc.*

Facsimile: 215-568-6499  
avolpe@volpe-koenig.com  
rodonnell@volpe-koenig.com

Peter M. Falkenstein (P61375)  
Jonathan C. Myers (P69972)  
JAFFE RAITT HEUER & WEISS, PC  
201 S. Main St., Suite 300  
Ann Arbor, MI 48104  
Telephone: 248-351-3000  
Facsimile: 248-351-3082  
pfalkenstein@jaffelaw.com  
jmyers@jaffelaw.com

*Co-counsel for Defendant*  
*Dorman Products, Inc.*

**SO ORDERED:**

Date: _____

_____  
**Honorable John Corbett O'Meara**  
**United States District Judge**

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing **Stipulation of Dismissal** with the Clerk of the Court, via the ECF filing system, which will provide electronic notice of the filing to the following:

>Steven W. Hays, Esquire
>Pietragallo Gordon Alfano Bosick & Raspanti, LLP
>301 Grant Street
>One Oxford Centre, 38th Floor
>Pittsburgh, PA 15219
>swh@pietragallo.com
>swh@swhpatents.com
>
>*Counsel for Plaintiff*
>*BorgWarner, Inc.*

Date: _____    By:_____

>Anthony S. Volpe
>Ryan W. O'Donnell
>VOLPE & KOENIG, PC
>United Plaza, Suite 1600
>30 South 17th Street
>Philadelphia, PA 19102
>(215) 568-6400
>AVolpe@volpe-koenig.com
>RODonnell@volpe-koenig.com
>
>*Counsel for Defendant*
>*Dorman Products, Inc.*