UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BORGWARNER, INC.,

    Plaintiff,

v.

                              Case No. 09-11602
                              Honorable John Corbett O'Meara

DORMAN PRODUCTS, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the stipulation of dismissal filed by the parties on February 9, 2011, and the court being fully advised;

IT IS HEREBY ORDERED that this case is DISMISSED with prejudice.

Date: February 9, 2011                        s/John Corbett O'Meara
                                                          United States District Judge